# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL PURCELL,**

        **Plaintiff,**

**-vs-**                                             **Case No. 6:08-cv-1784-Orl-31DAB**

**GINN DEVELOPMENT COMPANY, LLC;**
**GINN-LA HAMLET, LLC; GINN-**
**BRIARROSE HOLDINGS GP, LLC;**
**GINN-LA BRIARROSE HOLDINGS, LTD,**
**LLLP; and LA BRIARROSE LENDER**
**LLC,**

        **Defendants.**

## ORDER

This matter comes before the Court *sua sponte*. On March 30, 2009, the Court dismissed the complaint without prejudice. (Doc. 45). The Plaintiff has not filed an amended complaint or taken any other action. Unless the Plaintiff files an amended complaint on or before June 1, 2009, the Court will dismiss the complaint with prejudice and direct the Clerk to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 18, 2009.

                                                                GREGORY A. PRESNELL
                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party