**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL PURCELL,**

        **Plaintiff,**

-vs-                                  Case No. 6:08-cv-1784-Orl-31DAB

**GINN DEVELOPMENT COMPANY, LLC;**
**GINN-LA HAMLET, LLC; GINN-**
**BRIARROSE HOLDINGS GP, LLC;**
**GINN-LA BRIARROSE HOLDINGS, LTD,**
**LLLP; and LA BRIARROSE LENDER**
**LLC,**

        **Defendants.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION: MOTION TO CLOSE CASE FILE OR, ALTERNATIVELY,**
> **MOTION TO VOLUNTARILY DISMISS CASE (Doc. No. 48)**
>
> **FILED:** June 1, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion, which the Court construes as a motion for voluntary dismissal pursuant to Rule 41(a)(1)(A)(i), is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 2, 2009.

                                                     GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE